# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| TERRY E. CURETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-1516 |
| | ) | |
| PATTI J. SARIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## MEMORANDUM OPINION

On February 10, 2014, the defendants, by counsel, filed a motion to dismiss the complaint [ECF No. 11]. In its February 11, 2014 Order [ECF No. 12], the Court advised the plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned the plaintiff that, if he did not file an opposition or other response to the motion by March 11, 2014, the Court would treat the motion as conceded. To date, the plaintiff neither has filed an opposition nor has requested more time to do so. Accordingly, the Court will treat the defendants' motion as conceded and will dismiss this action.

An Order accompanies this Memorandum Opinion.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge
on behalf of the Calendar Committee

Date: March 27, 2014